# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 2020                                    Telephone: (212) 317-1200
New York, New York 10165                                        Facsimile: (212) 317-1620

————

cerrington@faillacelaw.com

October 8, 2020

**By ECF**

Hon. Cheryl L. Pollak
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   <u>Veliz Montoya et al v. Premium Millwork, LLC et al.</u>, No. 20-cv-2475

Dear Judge Pollak:

We represent the Plaintiff in the above referenced matter.  We write pursuant to Your Honor's order dated September 8, 2020 to inform the Court of the status of this case. Plaintiff served Corporate Defendant Premium Millwork, LLC, et al. on August 24, 2020. Corporate Defendant's time to answer or otherwise respond expired on September 14, 2020 and Plaintiff is not in contact with this Defendant or its counsel.

Attempts made to serve individual defendant Julio Cuenca at multiple addresses have proven unsuccessful to date. Plaintiff intends to move the Court for an extension of time to serve Defendant Cuenca as no service has been made despite diligent efforts.

We thank your Honor for your attention to this matter.

Respectfully Submitted,

By:  _/s/  Clela Errington_____
     Clela A. Errington, Esq.
     60 East 42nd Street, Suite 4510
     New York, New York 10165
     Telephone: (212) 317-1200
     Facsimile: (212) 317-1620
     *Attorneys for Plaintiff*