```
UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                          Docket No.  1:20-CV-02475-LD
HORACIO DAVID VELIZ MONTOYA, INDIVIDUALLY AND ON BEHALF OF OTHERS
SIMILARLY SITUATED
```

,Plaintiff(s)

- against -

PREMIUM MILLWORK, INC. D/B/A PREMIUM MILLWORK, ET AL

,Defendant(s)

PROOF OF DILIGENCE

I, THE UNDERSIGNED AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION, ATTEMPTED TO SERVE THE FOLLOWING:

    SUMMONS & COMPLAINT

AND THAT AFTER DUE SEARCH, CAREFUL INQUIRY AND DILIGENT ATTEMPTS AT THE

    RESIDENCE:  54 VAN DYKE STREET
                  BROOKLYN NY 11231

    ALTERNATE: UNKNOWN

I HAVE BEEN UNABLE TO MAKE DELIVERY ON ONE OF THE FOLLOWING NAMED:

    JULIO CUENCA

THEREFORE PROCESS IS BEING RETURNED FOR THE FOLLOWING REASONS:

09/02/20 01:53PM  THE GIVEN ADDRESS IS A MECHANIC SHOP.
                  THE SERVER ATTEMPTED AT THE GIVEN ADDRESS AND
                  CAME IN CONTACT WITH THE OCCUPANT IN THE
                  MECHANIC SHOP WHO STATED THAT HE DOES NOT
                  KNOW WHO THE DEFENDANT IS.
                  NO FURTHER INFORMATION KNOWN.
                  SERVER RETURNING THIS W.O. FOR FURTHER REVIEW

PERSON SERVING: DONALD DELPRETEE

```
                          DGR Legal, Inc.
              1359 Littleton Road, Morris Plains, NJ 07950-3000
File #   1:20-CV-02475-LDH (973) 403-1700   Fax (973) 403-9222      Work Order #   510340
```

Attorney:
MICHAEL FAILLACE
MICHAEL FAILLACE & ASSOCIATES
60 EAST 42ND STREET SUITE 4510
NEW YORK NY 10165


510340

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Index / case #: 1:20-CV-02475-LDH

HORACIO DAVID VELIZ MONTOYA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED
    Plaintiff

**AFFIDAVIT OF SERVICE**

PREMIUM MILLWORK, INC. D/B/A PREMIUM MILLWORK, ET AL
    Defendant

RICHMOND County, State of: NEW YORK    DONALD DEL PRETE    NY being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: NY

On 9/2/20 at 1:53 am/pm at: 54 VAN DYKE STREET BROOKLYN NY 11231

Deponent served the within: SUMMONS & COMPLAINT

On which were set forth the Index No., herein, and date of filing

**On:** JULIO CUENCA
(herein after called the recipient) therein named.

[ ] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[ ] **Suitable Age person** — By delivering thereat a true copy of each to: _____
a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence [ ] Actual Place of Business within the State.

[ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State
Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

[ ] **Corporation or Partnership** — By delivering thereat a true copy of each to: _____
personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be _____ thereof.

[ ] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [ ] Actual Place of Business at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicateon the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[ ] **Description**
| [ ] Male | [ ] White skin | [ ] Black hair | [ ] 14-20 Yrs | [ ] Under 5' | [ ] Under 100 Lbs |
| [ ] Female | [ ] Black skin | [ ] Brown hair | [ ] 21-35 Yrs | [ ] 5'0"-5'3" | [ ] 100-130 Lbs |
| | [ ] Yellow skin | [ ] Gray hair | [ ] 36-50 Yrs | [ ] 5'4"-5'8" | [ ] 131-160 Lbs |
| | [ ] Brown skin | [ ] Blonde hair | [ ] 51-65 Yrs | [ ] 5'9"-6'0" | [ ] 161-200 Lbs |
| | [ ] Red skin | [ ] Red hair | [ ] Over 65 Yrs | [ ] Over 6' | [ ] Over 200 Lbs |

Other Identifying Features _____

[ ] **Military Service** — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

[X] LOCATION IS A MECHANIC SHOP. OCCUPANT STATES HE DOES NOT KNOW DFT.

Sworn to before me on 9/2/20

(Print name below signature)
DONALD DEL PRETE

ROBERT A. ZUFFI, JR.
Notary Public, State of New York
Registration #01ZU6208524
Qualified in Richmond County
Commission Expires July 6, 2021

File No. 1:20-CV-02475-LDH

Work Order No. 510340

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| HORACIO DAVID VELIZ MONTOYA, individually and on behalf of others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>PREMIUM MILLWORK, INC. (D/B/A PREMIUM MILLWORK) and JULIO CUENCA ,<br><br>*Defendant(s)* | Civil Action No. 20cv2475 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Julio Cuenca
c/o Premium Millwork
43 Coffey Street
Brooklyn, NY 11231

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael A. Faillace
MICHAEL FAILLACE & ASSOCIATES, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C. Palmer
*CLERK OF COURT*

Date:  06/04/2020

/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*