Privileged Settlement Communication    Subject to Revision / Correction

| Plaintiff | Pay Period From | Pay Period To | No. Weeks in Pay Period | Hours Per Week in Period | No. of SOH Days | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpayment Per Week | Unpaid Wage & OT | Liq. Damages on Wages & OT | Unpaid Spread of Hours (SOH) Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Horacio David Veliz Montoya** | 7/1/2018 | 12/30/2018 | 26 | 60.5 | 5 | $ 23.00 | $ 34.50 | $ 13.00 | $ 19.50 | $ 1,627.25 | $ 920.00 | $ 707.25 | $ 18,388.50 | $ 18,388.50 | $ 1,690.00 |
| | 12/31/2018 | 10/28/2019 | 43 | 60.5 | 5 | $ 25.00 | $ 37.50 | $ 15.00 | $ 22.50 | $ 1,768.75 | $ 1,000.00 | $ 768.75 | $ 33,056.25 | $ 33,056.25 | $ 3,225.00 |
| | | | | | | | | | | | | | $ 51,444.75 | $ 51,444.75 | $ 1,690.00 |

1 This chart is based upon preliminary information and the expected testimony of Plaintiffs.
2 Plaintiffs reserve the right to correct or amend this chart.
3 This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the FLSA and NYLL.

Filing Date
FLSA
NYLL
Amendment
Today

Privileged Settlement Communication                                                                                                                  Subject to  Revision / Correction

| Plaintiff | Pay Period | | Liq. Damages on unpaid SOH | Annual Wage Notice | Weekly Wage Statement | Pre Jud. Interest (PJI) on OT & Wages | (PJI) Spread of Hours | Tools of the Trade | Total Per Period |
|---|---|---|---|---|---|---|---|---|---|
| | From | To | | | | | | | |
| **Horacio David Veliz Montoya** | 7/1/2018 | 12/30/2018 | $ 1,690.00 | $ 5,000.00 | $ 5,000.00 | $ 4,261.26 | $ 391.63 | $ 200.00 | $ 55,009.89 |
| | 12/31/2018 | 10/28/2019 | $ 3,225.00 | | | $ 5,683.71 | $ 554.51 | | $ 78,800.72 |
| | | | $ 1,690.00 | $ 5,000.00 | $ 5,000.00 | $ 9,944.97 | $ 391.63 | $ 200.00 | $ 133,810.61 |
| | | | | 11/19/2019 | | | | | |
| | | | | 11/19/2016 | | | | | |
| | | | | 11/19/2013 | | | | | |
| | | | | 4/9/2011 | | | | | |
| | | | | 4/26/2021 | | | | | |