# Michael Faillace & Associates, P.C.
60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200          Fax:(212) 317-1620

Horacio Veliz Montoya                                                           April 27, 2021

|  | File #: | PremiumMill |
|---|---|---|
| **Attention:** | Inv #: | Sample |

RE:   Horacio David Veliz Montoya v. Premium Millwork Inc.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-25-19 | Intake done for client | 1.00 | 125.00 | PL |
| Nov-04-19 | discussed facts of the case with SC; interviewed new client and got the facts for the complaint | 0.90 | 405.00 | MF |
| Nov-19-19 | Drafting complaint | 1.00 | 125.00 | PL |
| Mar-16-20 | Research and draft motion for default judgment | 3.75 | 1,312.50 | CK |
| Jul-14-20 | Requested that lead attorney make appearance in the case | 0.10 | 45.00 | MF |
|  | Consult with MF regarding strategy. | 0.10 | 35.00 | CE |
| Aug-03-20 | updated client on the status of the case | 0.10 | 45.00 | MF |
| Aug-21-20 | Coordinate service. | 0.20 | 70.00 | CE |
|  | Review ECF notification. | 0.10 | 35.00 | CE |
|  | Sent complaint and summonses out for service on all defendants | 1.20 | 150.00 | PL |
| Aug-26-20 | Researched on Lexis new address for a Defendant for which process server had | 1.00 | 125.00 | PL |

| Date | Description | Hours | Amount | Staff |
|---|---|---|---|---|
| | incomplete service; emailed service with new address to serve complaint and summons. | | | |
| Sep-08-20 | : reviewed court order directing parties to file status letter next month; directed staff to update case chart ; filed order in the proper folder for future reference | 0.30 | 135.00 | MF |
| Sep-09-20 | Organized AOSs from service emails and placed on file | 0.30 | 37.50 | PL |
| Sep-10-20 | forwarded dgr results to fed | 0.10 | 12.50 | PL |
| Sep-15-20 | reviewed affidavits of service plaintiffs filed in court; directed staff to update case chart ; filed affidavits of service in the proper folder for future reference | 0.30 | 135.00 | MF |
| | Review ECF notification. | 0.10 | 35.00 | CE |
| | File affidavit of service. | 0.30 | 105.00 | CE |
| Oct-08-20 | Reviewed letter filed by plaintiffs regarding status update; directed staff to update case chart ; filed notice of letter in the proper folder for future reference | 0.30 | 135.00 | MF |
| | Research re status and location of defendant Cuenca. | 0.40 | 140.00 | CE |
| | Draft and file status update. | 0.50 | 175.00 | CE |
| Dec-17-20 | Reviewed court order directing parties to submit belated status report by a specific date; directed staff to update case chart ; filed order in the proper folder for future reference | 0.30 | 135.00 | MF |
| Jan-15-21 | Review docket. | 0.40 | 140.00 | CE |
| | Consult with staff regarding status of service. | 0.20 | 70.00 | CE |
| Jan-19-21 | | 0.30 | 105.00 | CE |
| | Consult with staff regarding status of due diligence. | 0.30 | 105.00 | CE |
| | Draft and file letter with exhibits/ | 0.60 | 210.00 | CE |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| | review emails and folder for affidavits of attempted service. | 0.30 | 135.00 | CE |
| Feb-22-21 | Review order re default schedule. | 0.10 | 35.00 | CE |
| Apr-08-21 | Review docket. | 0.20 | 70.00 | CE |
| Apr-09-21 | Draft affidavit for client. | 0.80 | 280.00 | CE |
| Apr-16-21 | Draft certificates of default. | 0.50 | 175.00 | CE |
| | Revise affidavit for client. | 0.40 | 140.00 | CE |
| | Draft affidavit in support of certificates. | 0.40 | 140.00 | CE |
| Apr-20-21 | File requests for default. | 0.20 | 70.00 | CE |
| | Revise attorney affidavit. | 2.10 | 735.00 | CE |
| | Draft Notice of Motion to compell. | 0.20 | 70.00 | CE |
| | Research re damage calculations for non hospitality employees. | 0.50 | 175.00 | CE |
| | Draft Proposed Form of Judgment. | 0.20 | 70.00 | CE |
| Apr-22-21 | Phone call with client. | 0.60 | 210.00 | CE |
| Apr-26-21 | Revise affidavit | 0.50 | 175.00 | CE |
| Apr-27-21 | Revise attorney affidavit. | 0.70 | 315.00 | CE |
| | Preparation exhibits for default motion. | 0.80 | 280.00 | CE |
| | Totals | 22.65 | $7,222.50 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| | Filing Fee | 400.00 |
| Dec-16-19 | Process Server: Service on Julio Cuenca (Demand Letter + Complaint) | 50.00 |
| | Process Server: Service on Premium Millwork Inc. (Demand Letter + Complaint) | 50.00 |
| Jun-04-20 | Process Server | 75.00 |

Case 1:20-cv-02475-LDH-CLP   Document 18-6   Filed 04/27/21   Page 4 of 4 PageID #: 75

| | |
|---|---:|
| Process Server | 50.00 |
| Totals | $625.00 |
| **Total Fee & Disbursements** | **$7,847.50** |
| **Balance Now Due** | **$7,847.50** |